IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 15-06855 |
| Sabrina Dickerson | } | Chapter 13 |
| 2405 Ruth St. | } | |
| Springfield, TN 37172 | } | Judge Harrison |
| SSN: XXX-XX-7262 | } | |
| | } | |
| Debtor. | | |

**DEADLINE FOR FILING RESPONSES**: November 8, 2016
**THE HEARING WILL BE:** November 23, 2016, at 8:30 a.m. in Courtroom One, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203

## OBJECTION TO MOTION TO DISMISS

COMES NOW the Debtor, by and through counsel, and would object to Trustee's Motion to Dismiss and request a hearing thereon. In support of the objection, Debtor would state that she has returned to work and will resume making her Chapter 13 payments.

Respectfully submitted,

___/s/ *Gregory R. Atwood*_____
Gregory R. Atwood, BPR #24296
Attorney for Debtor
6953 Charlotte Pike, Ste. 401
Nashville, TN 37209
(615) 354-1995
fax: (615) 866-5922
gregatwoodlaw@gmail.com

# CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2016 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Sabrina Dickerson<br>2405 Ruth St.<br>Springfield, TN 37172 | U.S. Mail - First Class |

      /s/*Gregory R. Atwood*
      Gregory R. Atwood